JURY TRIAL REQUESTED: YES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XAVIER DUPERVIL,
Plaintiff,

-against-

TILT FINANCE, INC., formerly known as EMPOWER FINANCE, INC.,
Defendant.

Civil Action No. ___________

**COMPLAINT**

Plaintiff Xavier Dupervil, proceeding pro se, alleges:

# NATURE OF THE ACTION

1. This action arises under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq. Plaintiff alleges that Defendant furnished inaccurate or incomplete information concerning Plaintiff's account to one or more consumer reporting agencies and failed to properly address Plaintiff's dispute.

# JURISDICTION AND VENUE

2. This Court has federal-question jurisdiction under 28 U.S.C. § 1331.
3. Venue is proper in this District because Plaintiff resides in New York, New York, and the disputed credit reporting and its effects occurred in this District.

# PARTIES

4. Plaintiff Xavier Dupervil is an individual residing at 321 W 125 St, Fl 2, New York, New York 10027. Plaintiff's telephone number is 516-860-2821 and email address is Dupervilxavier@gmail.com.
5. Defendant Tilt Finance, Inc., formerly known as Empower Finance, Inc., provides financial services under the Tilt name. Its address for notices under its Terms of Service is 9169 W State St, #499, Garden City, Idaho 83714.

## FACTUAL ALLEGATIONS

6. Plaintiff had an account with Defendant.
7. Defendant furnished information concerning Plaintiff's account to one or more consumer reporting agencies.
8. The information Defendant furnished was inaccurate or incomplete.
9. Before this action was filed, Plaintiff disputed the information with one or more consumer reporting agencies.
10. The consumer reporting agency or agencies notified Defendant of Plaintiff's dispute.
11. After receiving notice, Defendant failed to reasonably investigate and failed to correct the inaccurate or incomplete information.
12. The inaccurate or incomplete information remained on Plaintiff's consumer report and harmed Plaintiff.

## CLAIM FOR RELIEF

### Violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681s-2(b)

13. Plaintiff repeats paragraphs 1 through 12.
14. After receiving notice of Plaintiff's dispute from a consumer reporting agency, Defendant was required to conduct an investigation and take the actions required by 15 U.S.C. § 1681s-2(b).
15. Defendant failed to comply with those duties.
16. Defendant's noncompliance caused harm to Plaintiff.

## REQUEST FOR RELIEF

Plaintiff requests that the Court:

A. Enter judgment in Plaintiff's favor;

B. Award damages permitted by the FCRA;

C. Award allowable costs; and

D. Grant any other relief the Court deems proper.

Dated: 9/28/26

Xavier Dupervil, Plaintiff pro se
321 W 125 St, Fl 2
New York, NY 10027

Telephone: 516-860-2821
Email: Dupervilxavier@gmail.com