UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XAVIER DUPERVIL,

Plaintiff,

-against-

TILT FINANCE, INC., formerly known as EMPOWER FINANCE, INC.,

Defendant.

26-CV-8547 (KMW)

ORDER

KIMBA M. WOOD, United States District Judge:

Plaintiff Xavier Dupervil brings this action *pro se*. By Order dated November 5, 2026, and entered on November 12, 2026, the Court dismissed the complaint but granted Plaintiff 30 days' leave to replead his claims in an amended complaint. (ECF 8.) On November 13, 2026, Plaintiff filed a letter requesting an extension of time to file an amended complaint. (ECF 9.) In his letter, Plaintiff states that the parties have reached a settlement in this matter, and requests an additional 20 days to "finalize the settlement." (*Id.* at 1.)

The Court grants Plaintiff's request for an additional 20 days to file an amended complaint. Plaintiff must file any amended complaint by January 4, 2027, which is 20 days beyond the original 30-day deadline, taking into consideration that the actual deadline, January 1, 2027, falls on a legal holiday. *See* Fed. R. Civ. P. 6(a)(1)(C) (stating that if the last day of period falls on a Saturday, Sunday, or legal holiday, the period is extended to the next court business

day). If Plaintiff does not file an amended complaint within the time allowed, the Court will direct the Clerk of Court to enter judgment dismissing this action.

SO ORDERED.

Dated: November 19, 2026
New York, New York

/s/ Kimba M. Wood
KIMBA M. WOOD
United States District Judge